# United States District Court
# For The Western District of North Carolina
# Statesville Division

CHAD TYRONE KINCAID,

    Plaintiff(s),

vs.

US MARSHAL SERVICE, ET AL,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NO. 5:06CV65-2-MU

DECISION BY COURT.  This action having come before the Court by complaint and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 14, 2006, Order.

Signed: June 14, 2006

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court